# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

CHERYL A. FELLERS,

      Plaintiff,

v.                                     Case No.

CONSUMER LAW RELIEF, LLC

      Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **CHERYL A. FELLERS,**                ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

      State of Illinois

[ ] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

## OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/7/2022

_____

(Signature–hand signed)

Name: Nathan C. Volheim

Firm: Sulaiman Law Group, Ltd.

Address:

      2500 South Highland, Suite 200, Lombard, IL 60148

Email address: nvolheim@sulaimanlaw.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.