# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Nathan Charles Volheim

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court
for the Northern District of Illinois,

DO HEREBY CERTIFY That Nathan Charles Volheim was duly admitted to practice in said Court on (12/03/2010) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (02/28/2022 )

Thomas G. Bruton , Clerk,

By: Roberto Cornejo
Deputy Clerk

THOMAS G. BRUTON, CLERK

_____

(By) DEPUTY CLERK

February 28, 2022

_____

DATE