UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| CHERYL A. FELLERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) 2:22-CV-29 |
| | ) |
| CONSUMER LAW RELIEF, LLC | ) |
| d/b/a HELBING LAW GROUP, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Plaintiff has filed a Motion for admission of Nathan Volheim, *pro hac vice* in this action [Doc. 2]. The Motion is **GRANTED**. Counsel *MUST* register immediately as an E-Filer in this district. The registration instructions can be found at the Court's website www.tned.uscourts.gov under "For Attorneys" and "Electronic Case Filing."

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge